UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DIEGO VICENTE DEQUEIROZ**                                   **CIVIL ACTION**

**VERSUS**                                                                    **NO. 25-206**

**LOUISIANA STATE, ET AL.**                                    **SECTION "A"(3)**

## ORDER

The Court, having considered the Report and Recommendation of the United States Magistrate Judge, Rec. Doc. 6, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Diego Vicente DeQueiroz's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

May 29, 2025

_____
UNITED STATES DISTRICT JUDGE